IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER FERREIRAS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-cv-1686 |
| | ) | |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| CHCA NEDRA RICE-GREGO, et al. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| Defendants. | ) | |

**ORDER OF THE COURT**

AND NOW, on this 20th day of March 2023, following a thorough review of the record, Plaintiff's Objections, (ECF No. 112), to Magistrate Judge Lenihan's Report and Recommendation, (ECF No. 111), are overruled. This Court adopts Judge Lenihan's Report and Recommendation as the Opinion of the Court but further clarifies Judge Lenihan's Report and Recommendation to (1) grant Medical Defendant Medlock's Motion for Summary for Judgment as to Plaintiff's Eighth Amendment deliberate indifference claim against Medical Defendant Medlock, as regards the provision of latex gloves and (2) grant Medical Defendant Cowden's Motion for Summary Judgment as to Plaintiff's Eighth Amendment deliberate indifference claim against Medical Defendant Cowden, as regards her treatment of Plaintiff's urinary tract infections. The Court otherwise adopts the Report and Recommendation as the Opinion of the Court. The DOC Defendants' and Medical Defendants' Motions for Summary Judgment are granted in part and denied in part.

Specifically, the DOC Defendants' Motion for Summary Judgment is granted as to:

- Plaintiff's Equal Protection claims against all DOC Defendants;

- Plaintiff's Americans with Disabilities Act claims against all DOC Defendants; and

1

- Plaintiff's Eighth Amendment deliberate indifference claims against DOC Defendants Capozza, Wood, Randolph, Brian, Jenkins, Burrie, and John Does 1 through 4.

The DOC Defendants' Motion for Summary Judgment is denied as to:

- Plaintiff's Eighth Amendment deliberate indifference claims against DOC Defendants Brent, Rice-Grego, Bobeck, Carter, and Sanner.

The Medical Defendants' Motion for Summary Judgment is granted as to:

- Plaintiff's Equal Protection claims against the Medical Defendants;

- Plaintiff's Eighth Amendment deliberate indifference claim against Medical Defendant Medlock regarding the provision of latex gloves; and

- Plaintiff's Eighth Amendment deliberate indifference claim against Medical Defendant Cowden regarding her treatment of Plaintiff's urinary tract infections.

The Medical Defendants' Motion for Summary Judgment is denied as to:

- Plaintiff's Eighth Amendment deliberate indifference claims against the Medical Defendants regarding the provision of necessary medical supplies.

Marilyn J. Horan
United States District Judge